JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER,<br>   Plaintiff,<br><br>        v.<br><br>W1Y7A0T4T, INC.,<br>   Defendant. | 8:24-cv-0019-DSF-KESx<br><br>JUDGMENT |

    The Court having granted a motion for default judgment,

    IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Kimberly Frazier and against Defendant W1Y7A0T4T, Inc.  Defendant is ordered to alter the parking facility at the public accommodation and business establishment located at 1704 W. Manchester Ave., Los Angeles, California, in compliance with the Americans with Disabilities Act.  Defendant is further ordered to pay to Plaintiff $5,455.00, comprised of $4,000 in statutory damages, $845 in fees, and $610 in costs.

Date:  May 24, 2024

                                                          Dale S. Fischer<br>
                                                          United States District Judge